```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAWN MARIE ANDERS,

                Plaintiff,

   -against-                                          19 CIVIL 6390 (VEC)(RWL)

                                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 6, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings. Upon remand, the administrative law judge will afford the plaintiff an opportunity for a new hearing and to present witness and evidence as allowed by the regulations; and reassess the evidence following the five-step sequential evaluation set forth in the regulations at 20 C.F.R. 404.1520.

**Dated:** New York, New York

       August 6, 2020

                                                           **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                        **BY:**

                                                             **Deputy Clerk**